UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John R. Johnson

    Debtor

Case No. 08-60757
Chapter 7
Hon. Walter Shapero

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

    The attached check in the amount of $ 19.55 represents the unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name and address of the Party entitled to the unclaimed dividend is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Rbs Citizens, NA<br>P.o. Box 7054<br>Bridgeport, CT 06601 | 14 | $19.55 |

    /s/ Charles J. Taunt_____.
Charles J. Taunt, Trustee (P24589)
700 East Maple, 2nd Floor
Birmingham, MI 48009-6359
(248) 644-7800
Teetaunt@tauntlaw.com
P24589